UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| ANTHONY HICKEY, | ) | | |
|---|---|---|---|
| Plaintiff, | ) | | |
| v. | ) | No. | 3:21-CV-087-TAV-HBG |
| LT. MURRY, | ) | | |
| Defendant. | ) | | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, the Clerk is **DIRECTED** to transfer this pro se prisoner's complaint for violation of 42 U.S.C. § 1983 to the Nashville Division of the United States District Court for the Middle District of Tennessee and to close this Court's file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE